UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

___FILED ___ENTERED
___LODGED ___RECEIVED

JUN 1 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| SHIRLEY L. KNOWLES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL No. AMD-00-1020 |
| GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., t/a Superfresh Food Market, et al. | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time, it is this 14th day of June 2000, by the United States District Court for the District of Maryland

ORDERED, that the foregoing Motion is hereby GRANTED, and Defendants shall have through and including June 19, 2000 to file their reply to Plaintiff's Opposition to Defendants' Motions to Dismiss Amended Complaint.

_____
Andre M. Davis
United States District Judge

cc: Robin R. Cockey
Suite 305, Plaza Gateway Building
116 West Main Street
Salisbury, Maryland 21801

Anthony J. Zaccagnini
Jonathan R. Topazian
250 West Pratt Street
Baltimore, Maryland 21201